**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1473

JOHNSON D. KOOLA,

Debtor - Appellant,

v.

U.S. BANK TRUST, N.A., as Trustee for LSF10 Master Participation Trust; FAY SERVICING, LLC,

Creditors - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston. Richard Mark Gergel, District Judge. (2:21-cv-01843-RMG)

Submitted: November 17, 2022                    Decided: November 22, 2022

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Johnson D. Koola, Appellant Pro Se. John S. Kay, HUTCHENS LAW FIRM, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnson D. Koola appeals from the district court's orders:  (1) dismissing for lack of jurisdiction his appeal from the bankruptcy court's orders denying confirmation of his Chapter 13 plan, and (2) denying his motion for reconsideration.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *Koola v. U.S. Bank Trust, N.A.*, No. 2:21-cv-01843-RMG (D.S.C. Mar. 2, 2022 & Apr. 1, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*